124 A.3d 1203

IN THE MATTER OF SEAN L. BRANIGAN, AN ATTORNEY AT LAW (ATTORNEY NO. 000492005).

November 18, 2015.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–067, concluding that the ethics complaint filed against **SEAN L. BRANIGAN** of **MONTCLAIR,** who was admitted to the bar of this State in 2005, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the complaint against **SEAN L. BRANIGAN** in District Docket No. VC–2012–0038E is hereby dismissed.